SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  v.<br><br>Rode E. Montijo, et al,<br><br>    Defendants. | Case No.2:12-cv-02057-MCE-KJN<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>Dismissal of Defendant Josephine Montijo<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Josephine Montijo is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). This case is to remain open with respect to the remaining Defendants.

Dated:   November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE