UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT N. JOHNSON

     v.

RODE E. MONTIJO, d.b.a.
EL CAMINO TIRES

_____

DEFAULT JUDGMENT

Case No. CIV S-12-2057 MCE AC

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $8,000.00 against defendant:

      **Rode E. Montijo**

September 16, 2013

MARIANNE MATHERLY, CLERK

By:   /s/ K. Zignago
K. Zignago, Deputy Clerk